CYRUS ZAL, SBN: 102415
CYRUS ZAL, A PROFESSIONAL CORPORATION
102 Mainsail Court
Folsom, CA  95630
Telephone:   (916) 985-3576
Fax:              (916) 985-4893
Email:          czal47@comcast.net

Attorney for Plaintiffs MIKE RAHBARIAN, FAKHRI ATTAR, PAIMAN RAHBARIAN, VERA DAVYDENKO, N.R., A MINOR, and M.R., A MINOR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE RAHBARIAN, FAKHRI ATTAR, PAIMAN RAHBARIAN, VERA DAVYDENKO, ON BEHALF OF HERSELF AND AS GUARDIAN AD LITEM FOR N.R., A MINOR, and M.R., A MINOR,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DANIEL CAWLEY, BRUCE SMALLWOOD, and DOES 1 to 100,<br><br>　　　　　Defendants. | **CASE NO: 2:10-CV-00767-GEB-GGH**<br><br>**MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM AND ORDER THEREON**<br><br>**[FRCP Rule 17(c)(1)(a) and Local Rule 17-202(a)]** |

　　　Comes now VERA DAVYDENKO and makes the following motion for her appointment as Guardian Ad Litem for N.R. and M.R., and represents as follows:

1

1. VERA DAVYDENKO is the mother of N.R. and M.R., and she is a legal guardian of N.R. and M.R. N.R.'s year of birth is 2004 and he is currently 5 years of age and M.R.'s year of birth is 2006 and he is currently 3 years of age.

2. N.R. and M.R. each have claims against defendants DANIEL CAWLEY and BRUCE SMALLWOOD on which an action should be brought. N.R. and M.R.'s claims are more fully set forth in the First Amended Complaint that is being filed concurrently with this motion for appointment of Guardian Ad Litem.

3. VERA DAVYDENKO is also a plaintiff in this action on her own behalf, and the interests of VERA DAVYDENKO and her minor children do not conflict in this matter as there are no issues herein that would cause a conflict of interest among these parties.

4. VERA DAVYDENKO retained Cyrus Zal, Attorney at Law, to represent herself and her minor children N.R. and M.R. in this matter.

5. VERA DAVYDENKO's decision to retain Cyrus Zal as N.R. and M.R.'s attorney was made on her own initiative and independently of any of the defendants or defendants' representatives in this matter.

Pursuant to Rule 17(c)(1)(A) of the Federal Rules of Civil Procedure, and pursuant to Local Rule 17-202(a), VERA DAVYDENKO makes the instant motion for her appointment as the Guardian Ad Litem for her minor children N.R. and M.R. in this matter.

VERA DAVYDENKO respectfully requests the Court to appoint her as the Guardian Ad Litem for her minor children N.R. and M.R. in this matter.

Cyrus Zal, A Professional Corporation

DATED: April 1, 2010                     By:   /s/ Cyrus Zal
                                         CYRUS ZAL, Attorney for Plaintiff
                                         VERA DAVYDENKO and N.R., A
                                         MINOR, and M.R., A MINOR

**ORDER**

Pursuant to the motion made by VERA DAVYDENKO to be appointed the Guardian Ad Litem for her minor children N.R. and M.R., it is hereby ordered that VERA DAVYDENKO is appointed the Guardian Ad Litem for N.R. and M.R. in this matter.

IT IS SO ORDERED.

Dated: 4/6/10

GARLAND E. BURRELL, JR.
United States District Judge