1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  ALBERTO L. GONZALEZ, State Bar No. 117605
   Supervising Deputy Attorney General
3  WILLIAM A. KRABBENHOFT, State Bar No. 119197
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 324-5334
6    Fax:  (916) 322-8288
     E-mail:  Bill.Krabbenhoft@doj.ca.gov
7  *Attorneys for Defendants Daniel Cawley and Bruce
   Smallwood.*

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  **MIKE RAHBARIAN, et al.,**                    2:10-CV-0767 GEB GGH

14                                Plaintiff,     **STIPULATION AND ORDER
                                                 CONTINUING STATUS CONFERENCE
15            v.                                  FROM JULY 12, 2010 TO SEPTEMBER
                                                 20, 2010**
16
    **DANIEL CAWLEY, BRUCE**                      Judge         Garland E. Burrell
17  **SMALLWOOD and DOES 1 to 100,**              Trial Date     None
                                                 Action Filed:  April 1, 2010
18                                Defendants.

19

20          Plaintiffs Mike Rahbarian, Fakhri Attar, Paiman Rahbarian, Vera Davydenko, on behalf of

21  herself and as Guardian ad Litem for N.R., a Minor, and M.R., a Minor, and defendants Daniel

22  Cawley and Bruce Smallwood, by and through their respective attorneys hereby stipulate to

23  continuing the status conference from July 12, 2010 to September 20, 2010 at 9:00 a.m. before

24  the Honorable Garland E. Burrell.

25          GOOD CAUSE EXISTS in that defendants' counsel is not available on July 12, 2010, and

26  for a substantial period before, due to the marriage of his daughter and then moving her out of

27  State.  The next available date as indicated by the Court Clerk is August 9, 2010, but plaintiff's

28

                                                1

1   counsel is unavailable.  The next available date thereafter is September 20, 2010 and both counsel

2   are available.

3

4   Dated:_____June 9, 2010__              _____/s/  William A. Krabbenhoft_____
                                          William A. Krabbenhoft, Deputy Attorney General
5                                         Attorney for Defendants Daniel Cawley and Bruce
                                          Smallwood
6

7

8   Dated:_____June 7, 2010_____          _____/s/  Cyrus Zal_____
                                          Cyrus Zal, Esq.,
9                                         Attorney for Plaintiffs Mike Rahbarian, Fakhri Attar,
                                          Paiman Rahbarian, Vera Davydenko, on behalf of
10                                        herself and as Guardian ad Litem for N.R., a Minor and
                                          M.R., a Minor
11

12

13  IT IS SO ORDERED:

14

15  Dated: 6/11/10

16                                        GARLAND E. BURRELL, JR.
                                          United States District Judge
17

18  SA2010301706
    31029056.doc

19

20

21

22

23

24

25

26

27

28

                                          2