CYRUS ZAL, SBN: 102415
CYRUS ZAL, A PROFESSIONAL CORPORATION
102 Mainsail Court
Folsom, CA  95630
Telephone:   (916) 985-3576
Fax:               (916) 985-4893
Email:          czal47@comcast.net

Attorney for Plaintiffs MIKE RAHBARIAN, FAKHRI ATTAR, PAIMAN RAHBARIAN, VERA DAVYDENKO, ON BEHALF OF HERSELF AND AS GUARDIAN AD LITEM FOR N.R., A MINOR, and M.R., A MINOR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE RAHBARIAN, FAKHRI ATTAR, PAIMAN RAHBARIAN, VERA DAVYDENKO, ON BEHALF OF HERSELF AND AS GUARDIAN AD LITEM FOR N.R., A MINOR, and M.R., A MINOR,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL CAWLEY, BRUCE SMALLWOOD, and DOES 1 to 100,<br><br>Defendants. | **CASE NO: 2:10-CV-00767-GEB-GGH**<br><br>**STIPULATION AND ORDER APPOINTING PLAINTIFF PAIMAN RAHBARIAN AS THE REPRESENTATIVE OF THE ESTATE OF FAKHRI ATTAR, DECEASED** |

Plaintiffs Mike Rahbarian, Paiman Rahbarian and Vera Rahbarian and defendants Daniel Cawley and Bruce Smallwood, through their respective undersigned counsel of record, hereby stipulate to have plaintiff Paiman Rahbarian appointed as the representative in this action for the Estate of Fakhri Attar, deceased.

Page 1

This stipulation is based and supported by the following facts:

Fakhri Attar was a plaintiff in this action. Plaintiff Fakhri Attar deceased on October 19, 2011. Paiman Rahbarian was appointed as the Executor of the Estate of Fakhri Attar by Letters Testamentary issued by the Placer County Superior Court on June 19, 2012. Counsel for defendants has been provided with a copy of the Certificate of Death for Fakhri Attar and a copy of the Letters Testamentary appointing Paiman Rahbarian as the Executor of the Estate of Fakhri Attar.

Based on the foregoing, the parties hereby stipulate that plaintiff Paiman Rahbarian be appointed as the representative of the Estate of Fakhri Attar in this action.

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General

Dated: December 12, 2012   By:   /s/ David W. Hamilton
David W. Hamilton
Deputy Attorney General
Attorney for Defendants DANIEL CAWLEY AND BRUCE SMALLWOOD

Cyrus Zal, A Professional Corporation

Dated: December 14, 2012   By:   /s/ Cyrus Zal
Cyrus Zal, Attorney for Plaintiffs MIKE RAHBARIAN, FAKHRI ATTAR, PAIMAN RAHBARIAN, VERA DAVYDENKO, ON BEHALF OF HERSELF AND AS GUARDIAN AD LITEM FOR N.R., A MINOR, and M.R., A MINOR

**ORDER**

Based on the foregoing facts stated in the Stipulation above, the Court hereby appoints plaintiff Paiman Rahbarian as the representative of the Estate of Fakhri Attar in this action.

IT IS SO ORDERED.

**Date: 1/9/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge