IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE RAHBARIAN; PAIMAN RAHBARIAN, ON BEHALF OF HERSELF AND AS REPRESENTATIVE FOR THE ESTATE OF FAKHRI ATTAR; VERA DAVYDENKO, ON BEHALF OF HERSELF AND AS GUARDIAN AD LITEM FOR N.R., A MINOR, and M.R., A MINOR,<br><br>        Plaintiffs,<br><br>    v.<br><br>DANIEL CAWLEY, and BRUCE SMALLWOOD,<br><br>        Defendants.* | 2:10-cv-00767-GEB-GGH<br><br>ORDER CONTINUING HEARING ON PENDING SUMMARY JUDGMENT MOTION AND AMENDING THE STATUS (PRETRIAL SCHEDULING) ORDER |

On February 7, 2013, the parties in this action filed a stipulation seeking to extend the discovery completion date and last hearing date for motions. (ECF No. 23.) The parties filed an additional stipulation on March 7, 2013, seeking to continue the hearing date on Defendants' pending summary judgment motion until April 8, 2013. (ECF No. 32.) However, the parties' requested relief also bears on the final pretrial conference date and trial date, which are not addressed in the stipulations. Therefore, the July 31, 2012 "Stipulation and Order

---

    * The caption has been amended according to the automatic dismissal of Doe defendants (See ECF No. 14, 2:4-7), and the January 10, 2013 Stipulation and Order Appointing Plaintiff Paiman Rahbarian as the Representative of the Estate of Fakhri Attar (ECF No. 22).

Continuing Pretrial Conference and Trial Dates, and Dispositive Motion and Discovery Deadlines" (ECF No. 17) is modified as follows:

Discovery shall be completed by March 8, 2013; the last hearing date for motions shall be April 8, 2013, commencing at 9:00 a.m.; the final pretrial conference is set for May 20, 2013, at 2:30 p.m. in courtroom 10; and trial is scheduled to commence at 9:00 a.m. on June 25, 2014, in courtroom 10.

Further, the parties' request to continue the hearing on the pending summary judgment motion (ECF No. 24) is granted. The hearing is rescheduled to commence at 9:00 a.m. on April 8, 2013.

Dated:  March 11, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge