UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE RAHBARIAN; FAKHRI ATTAR; PAIMAN RAHBARIAN; and VERA DAVYDENKO, on behalf of herself and as guardian ad litem for N.R., a minor, and M.R., a minor,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DANIEL CAWLEY and BRUCE SMALLWOOD,<br><br>　　　　　　　Defendants. | No.  2:10-cv-00767-TLN-KJN<br><br><br><br>**ORDER** |

On June 6, 2013, Plaintiffs filed a motion (ECF Nos. 52, 53) styled as an opposition to Defendants' pending motion for summary judgment (ECF No. 24), which was set for hearing June 6, 2013, and taken under submission by Minute Order on May 24, 2013.  (ECF Nos. 50, 51.) Plaintiffs' "opposition" appears to be, in fact, a separate motion "to Re-Open Discovery and to take Defendants' Motion for Summary Judgment Off Calendar, and [a] Request for a Protective Order to Preserve Evidence."  (Pls.' Mot. Re-Open Disc. & Take Defs.' Mot Summ. J. Off Calendar 2:8–10, ECF No. 52.)

　　Plaintiffs' filing raises for the Court some alarming concerns regarding Defense counsel's conduct in this litigation.  However, Plaintiffs' motion violates the Local Rules, which provide as follows in pertinent part:

1

>   (b) . . . [A]ll motions shall be noticed on the motion calendar of the
>   assigned Judge or Magistrate Judge.  The moving party shall file a
>   notice of motion, motion, accompanying briefs, affidavits, if
>   appropriate, and copies of all documentary evidence that the
>   moving party intends to submit in support of the motion.  The
>   matter shall be set for hearing on the motion calendar of the Judge
>   or Magistrate Judge to whom the action has been assigned or before
>   whom the motion is to be heard not less than twenty-eight (28) days
>   after service and filing of the motion.
>
>   . . . .
>
>   (c) . . . Opposition, if any, to the granting of the motion shall be in
>   writing and shall be filed and served not less than fourteen (14)
>   days preceding the noticed (or continued) hearing date.

E.D. Cal. L.R. 230 (b), (c) (emphasis added).  Construed as either a motion or an opposition, Plaintiffs' filing violates these Local Rules as follows: as an opposition it was not timely filed; and as a separate motion it was not noticed for hearing.  Therefore, Plaintiffs' filing (ECF Nos. 52, 53) and declaration filed in support (ECF No. 54) fail to comply with the Local Rules and are STRICKEN FROM THE RECORD.  Further, Defendants' request for sanctions (ECF No. 55) is DENIED.

If Plaintiffs wish to raise these troubling issues before the Court, Plaintiffs must file a separate motion "noticed on the motion calendar of the assigned Judge," and "[t]he matter shall be set for hearing on the motion calendar."  E.D. Cal. L.R. 230(b).

IT IS SO ORDERED

DATED: June 11, 2013

_____
Troy L. Nunley
United States District Judge