UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE RAHBARIAN; FAKHRI ATTAR; PAIMAN RAHBARIAN; and VERA DAVYDENKO, on behalf of herself and as guardian ad litem for N.R., a minor, and M.R., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL CAWLEY and BRUCE SMALLWOOD,<br><br>Defendants. | No. 2:10-cv-00767-TLN-KJN<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' request that the Court order Defendants to produce, well after the discovery cutoff date, certain documents that Plaintiffs describe as the California Attorney General's "criminal file"; however, Plaintiffs style this request as a "Request for Clarification."  (ECF No. 73.)  The Court's prior order (ECF No. 72) granted Plaintiffs the opportunity to inspect the five boxes that contained certain bank records pertaining to a criminal investigation and did not mention the "criminal file" to which Plaintiffs refer in their pending motion.  Accordingly, Plaintiffs' tardy request for an order compelling production of the "criminal file" documents is DENIED.  *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992) ("A scheduling order 'is not a frivolous piece of paper, idly entered,

1

1 | which can be cavalierly disregarded by counsel without peril.' . . . Disregard of the order would
2 | undermine the court's ability to control its docket, disrupt the agreed-upon course of the
3 | litigation, and reward the indolent and the cavalier."). (*See also* Scheduling Order, ECF No. 14
4 | (prescribing that all "discovery shall be completed by April 27, 2012.").)

Moreover, Plaintiffs are advised to follow the schedule prescribed in this Court's prior order (ECF No. 72).

IT IS SO ORDERED

DATED: January 7, 2014

Troy L. Nunley
United States District Judge