CYRUS ZAL, SBN: 102415
CYRUS ZAL, A PROFESSIONAL CORPORATION
102 Mainsail Court
Folsom, CA  95630
Telephone:     (916) 985-3576
Fax:               (916) 985-4893
Email:            czal47@comcast.net

CYRUS ZAL, Attorney for Plaintiffs MIKE RAHBARIAN, PAIMAN RAHBARIAN, Individually and as the Personal Representative of the ESTATE OF FAKHRI ATTAR, VERA DAVYDENKO, ON BEHALF OF HERSELF AND AS GUARDIAN AD LITEM FOR N.R., A MINOR, and M.R., A MINOR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE RAHBARIAN, PAIMAN RAHBARIAN, Individually and as the Personal Representative of the ESTATE OF FAKHRI ATTAR, VERA DAVYDENKO, ON BEHALF OF HERSELF AND AS GUARDIAN AD LITEM FOR N.R., A MINOR, and M.R., A MINOR,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL CAWLEY, BRUCE SMALLWOOD, and DOES 1 to 100,<br><br>Defendants. | CASE NO: 2:10-CV-00767-TLN-KJN<br><br>**PLAINTIFFS' REQUEST TO CONTINUE THE PRETRIAL HEARING DATE AND ORDER THEREON**<br><br>Hearing Date:   June 5, 2014<br>Time:                2:00 p.m.<br>Courtroom:      2<br>Judge:              Honorable Troy L. Nunley<br><br>Complaint Filed:   March 31, 2010<br>Trial Date:            August 11, 2014 |

1

1  Plaintiffs Mike Rahbarian, et al., hereby respectfully request the Court to continue
2  the Pretrial Hearing date currently set for June 5, 2014 to June 19, 2014 at 2:00 p.m. in
3  Courtroom 2.

4  This request is being made because plaintiffs' undersigned counsel will be out of
5  town on June 5, 2014, and until recently plaintiffs' counsel did not realize there was a
6  conflict.

7  Deputy Attorney James Walter, representing defendants Daniel Cawley and Bruce
8  Smallwood, has indicated to plaintiffs' counsel that he would not object to the Pretrial
9  Hearing date being continued from June 5, 2014 to June 19, 2014.

10  The Joint Pretrial Statement of the parties is being filed today, which is the original
11  due date with the Pretrial Hearing currently scheduled for June 5, 2014.

12  Based on the foregoing, plaintiffs' counsel respectfully requests the Court to continue
13  the Pretrial Hearing date from June 5, 2014 to June 19, 2014 at 2:00 p.m. in Courtroom 2.

Respectfully submitted,

Cyrus Zal, A Professional Corporation

DATED: May 29, 2014            By: _____/s/ Cyrus Zal_____
                                    CYRUS ZAL, Attorney for Plaintiffs
                                    MIKE RAHBARIAN, et al.

**ORDER**

Pursuant to the request of plaintiffs' counsel to continue the Pretrial Hearing date from June 5, 2014 to June 19, 2014, and good cause appearing, it is hereby ordered that the Pretrial Hearing date be continued from June 5, 2014 to June 19, 2014 at 2:00 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated: May 30, 2014

　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　United States District Judge